IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FABIAN BASINA and MIKHAIL RUIZ, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SUSHI THAI, ) <br> ) <br> Defendant. ) | Case No. 14 C 4090 |

## MEMORANDUM ORDER

This Court has just received a puzzling motion by plaintiffs' counsel in this action -- a filing labeled "Plaintiffs' Motion for Discovery" that counsel has scheduled for presentment on March 4. Apparently plaintiffs' counsel mistakenly believes that court permission is needed before a federal litigant may proceed with discovery. Not so -- nothing in Fed. R. Civ. P. ("Rule") 26 or in ensuing Rules 27 through 37, which collectively make up the Rules' Title V captioned "Disclosures and Discovery," even hints at such a requirement.

Accordingly the motion noticed up by plaintiffs' counsel (Dkt. 14) is denied as moot. Counsel is free to proceed with discovery, and the previously scheduled status hearing at 9 a.m. April 3, 2015 will remain in effect.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 25, 2015