# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Fabian Basina, et al.
                      Plaintiff,

v.                                        Case No.: 1:14–cv–04090
                                                       Honorable Milton I. Shadur

Sushi Thai
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2015:

      MINUTE entry before the Honorable Milton I. Shadur:Motion hearing held. On plaintiffs' oral motion, plaintiffs' motion to deem plaintiffs' requests to admit admitted [19] is withdrawn.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.