**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Fabian Basina, et al.
                              Plaintiff,

v.                                             Case No.: 1:14–cv–04090
                                                         Honorable Milton I. Shadur

Sushi Thai
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 27, 2016:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 1/27/2016. Response to motion to compel[49] is due by 2/10/2016. Status hearing set for 2/17/2016 at 09:15 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.