IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FABIAN BASINA and MIKHAIL RUIZ,<br>　　　　　Plaintiffs,<br><br>　　　vs.<br>Sushi Thai.,<br><br><br><br>　　　　　Defendant. | Case No. 14- CV 4090<br><br>**Honorable** Milton I. Shadur<br>**JURY TRIAL DEMANDED**<br>**ON ALL COUNTS** |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S SECOND MOTION TO EXTEND OR CONTINUE DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT**

NOW COMES BEFORE THIS HONORABLE COURT, Plaintiffs, FABIAN BASINA and MIKHAIL RUIZ, by and through their counsel, and Responds and Objects to Defendant's Second Motion to Continue Defendant's Response to the Motion for Summary Judgment and in so doing states the following:

1. Plaintiffs filed this FLSA wage claim before this court in June of 2014. (See Docket Document #1).

2. Defendant has been remiss in missing a number of deadlines and failing to cooperate on a number of occasions.

3. For example, Defendant wasted an entire year of this litigation based on a basic "misunderstanding" if Plaintiff Basina was classified as Salaried or Hourly Employee.

4. This "misunderstanding" resulted in Defendant re-filing a new Answer, now claiming Plaintiff Basina was paid on an hourly basis, nearly a year after filing an

1

Answer claiming that Plaintiff Basina was paid a Salary. (as Plaintiffs' Pleadings alleged). (Docket Document #44)

5. Plaintiffs have since filed a Motion for Summary Judgment and the Court ordered Defendant to Respond to that Motion by August 31, 2016. (Docket Document #69)

6. On September 2, 2016, Defendant moved to Continue its Response, filing that Motion to Continue three days after that deadline. (Docket Document #70)

7. The Court granted Defendant's first Motion to Extend and allowed Defendant until September 30, 2016 to file a Response. (Docket Document #69)

8. On October 5, 2016, six days after the second deadline had passed, Defendant again moved for another extension, this time for another two full weeks. (Docket Document #73)

9. Plaintiffs ask that the court decline further extension.

10. Defendant has had multiple opportunities to provide a Response, and Defendant appear to have not even begun its Response.

11. Plaintiffs are often held to schedules and deadlines, and are subject to dismissal for missing those deadlines.

12. A missed deadline by Plaintiff in **Spears v. City of Indianapolis**, resulted in Judgment against the Plaintiff in that case.

13. The Court of Appeals upheld that ruling, writing:

> We live in a world of deadlines. If we're late for the start of the game or the movie, or late for the departure of the plane or the train, things go forward without us. The practice of law is no exception. A good judge sets deadlines, and the judge has a right to assume that deadlines will be honored. The flow of cases through a busy district court is aided, not

hindered, by adherence to deadlines. What happened in this case is that Judge Tinder, who had generously given Spears more than enough time to get his act together, decided there would be no more extensions, and we cannot say he was wrong to put his foot down as he did. **Spears v. City of Indianapolis 74 F.3d 153 at 157 (1996)**

14. Likewise dismissal of Plaintiff's claims for missing a discovery deadline was likewise upheld in **AMMONS-LEWIS v. Metropolitan Water Reclamation District of Greater Chicago Case** No. 13-1125.

15. District courts "are entitled—indeed they must—enforce deadlines").**Reales v. Consol. Rail Corp.,** 84 F.3d 993, 996 (7th Cir.1996).

16. A litigant's failure to respond to a Local Rule 56.1 statement results in the Court admitting the uncontroverted statement as true. **Raymond v. Ameritech Corp.,** 442 F.3d 600, 608 (7th Cir. 2006).

17. Thus Plaintiffs' ask the court to deny this second request for continuance as Defendant has already missed the deadline, and missed that deadline by six days.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an order Denying the Defendant's Second Motion to Extend Summary Judgment Response and Grant Plaintiffs' Partial Motions for Summary Judgment.

10/6/16

/S/John C. Ireland

Attorney for the Plaintiffs
John C. Ireland
The Law Office Of John C. Ireland

636 Spruce Street
South Elgin ILL   60177
630-464-9675    Facsimile 630-206-0889  attorneyireland@gmail.com
Attorney Number # 628137