# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **FABIAN BASINA** and **MIKHAIL RUIZ**, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**SUSHI THAI**, )<br>)<br>Defendant. ) | Case No. 14 C 4090 |

## MEMORANDUM ORDER

Counsel for plaintiffs Fabian Basina and Mikhail Ruiz and for defendant Sushi Thai have jointly filed the "Parties Motion for Pre-Trial Conference Date" (the "Motion," Dkt. No. 106) seeking "an Order setting a Pretrial Conference Date." Because it is anticipated that this Court's calendar will be assigned to its colleagues by random computerized assignment on or about September 1, the Motion is denied at this time. It is expected that the assignee judge will enter an appropriate order setting such a pretrial conference date.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 1, 2017